Carol PETERSON, et al.,
Plaintiffs/Appellants,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 99–15065.
D.C. No. CV 96–01439 DLG.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 17, 2001.

Decided June 15, 2001.

Before HUG and T.G. NELSON, Circuit Judges, and D. PREGERSON,* District Judge.

ORDER **

The judgment of the district court is AFFIRMED for the reasons set forth in the order of the district court filed on December 8, 1998.

IT IS SO ORDERED.

* The Honorable Dean D. Pregerson, United States District Judge for the Central District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

